UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ELIZABETH THOMAS, :
:
                               Plaintiff, :
:     22 Civ. 10225 (JPC)
   -v- :
:     ORDER
NATIONAL RAILROAD PASSENGER CORP, :
:
                             Defendant. :
:
------------------------------------------------------------------------X
:
NATIONAL RAILROAD PASSENGER CORP., :
:
                    Third-Party Plaintiff, :
:
   -v- :
:
365 MAINTENANCE LLC, :
:
                  Third-Party Defendant. :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Initial Pretrial Conference ("IPTC"), currently scheduled for February 28, 2023, is adjourned *sine die* pending service of the Third-Party Complaint. The Court will schedule a new IPTC following Third-Party Defendant's response to the Third-Party Complaint.

      SO ORDERED.

Dated: February 10, 2023
       New York, New York
                                                             JOHN P. CRONAN
                                             United States District Judge