UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                          Plaintiff,

-v-

                          CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)

NATIONAL RAILROAD PASSENGER CORP.,

                          **ORDER**

                        Defendant and
                        Third-Party Plaintiff,

-v-

365 Maintenance LLC also known as
247 Maintenance LLC,

                        Third-Party
                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement.  (ECF No. 16).  All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

      On February 7, 2023, Defendant National Railroad Passenger Corporation ("Amtrak") filed the third-party complaint against Third-Party Defendant 365 Maintenance LLC

("365 Maintenance"). (ECF No. 11 (the "Third-Party Complaint")). On February 23, 2023, Amtrak served 365 Maintenance by delivering the Summons and Complaint on an agent authorized to accept service on its behalf. (ECF No. 15). To date, 365 Maintenance has not answered, moved, or otherwise responded to the Third-Party Complaint.

Accordingly, by **Tuesday, April 4, 2023**, Amtrak shall file a status letter advising the Court of any communications it may have had with 365 Maintenance since February 23, 2023.

Dated:  New York, New York
        March 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**