UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                Plaintiff,

    -v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant and
                Third-Party Plaintiff,

    -v-

365 MAINTENANCE LLC,

                Third-Party
                Defendant.

CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Due to a scheduling conflict, the telephonic initial case management conference scheduled for Wednesday, May 24, 2023 at 2:00 p.m. is ADJOURNED to **Wednesday, May 31, 2023 at 11:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  All other terms of the Court's order at ECF No. 30 remain in effect.

Dated:      New York, New York
           May 2, 2023

                        SO ORDERED.

                        _____
                        SARAH L. CAVE
                        **United States Magistrate Judge**