UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                    Plaintiff,

          -v-                                              CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)

NATIONAL RAILROAD PASSENGER CORP.,                         **ORDER**

                    Defendant and
                    Third-Party Plaintiff,

          -v-

365 MAINTENANCE LLC,

                    Third-Party
                    Defendant and
                    Counterclaimant.

**SARAH L. CAVE**, United States Magistrate Judge.

          The Court observes that Third-Party Defendant and Counterclaimant 365 Maintenance

LLC ("365") has filed discovery requests on the docket.  (ECF Nos. 32–34; 36).  365 is reminded

that, unless the Court orders otherwise, discovery requests are required to be served on the

parties, not filed on the docket.

Dated:          New York, New York
                May 18, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**