UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant and
                Third-Party Plaintiff,

-v-

365 MAINTENANCE LLC,

                Third-Party
                Defendant.

CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 38) ("PCMP"), the Court finds that an initial case management conference ("ICMC") is unnecessary. Accordingly, the ICMC scheduled for May 31, 2023 is CANCELLED. The Court will enter the PCMP by separate order.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for May 31, 2023.

Dated:      New York, New York
              May 25, 2023

                                      SO ORDERED.

                                      _____
                                      SARAH L. CAVE
                                      United States Magistrate Judge