UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>    Plaintiff,<br><br>-v-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>    Defendant, Third-Party Plaintiff, Counter-Defendant,<br><br>-v-<br><br>247 MAINTENANCE LLC,<br><br>    Third-Party Plaintiff, Third-Party Defendant,<br><br>-v-<br><br>365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,<br><br>    Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,<br><br>-v-<br><br>ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,<br><br>    Third-Party Defendant. | CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)<br><br>**ORDER TO INITIATE DEFAULT PROCEEDINGS** |

**SARAH L. CAVE,** United States Magistrate Judge:

A Third-Party Complaint in this action was served on June 15, 2023, with the Answer of Third-Party Defendant Alex Fuentes ("Mr. Fuentes") due on July 6, 2023. (ECF No. 48). No Answer having been filed on the docket, Third-Party Plaintiff and Third-Party Defendant 247 Maintenance LLC is hereby ORDERED to request a Certificate of Default from the Clerk of Court as to Mr. Fuentes by **July 14, 2023**, and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable John P. Cronan, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **July 28, 2023**.

Dated:   New York, New York
         July 7, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**

2