UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ELIZABETH THOMAS,

                Plaintiff,

       -v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

------------------------------------------------------------------X

22 Civ. 10225 (JPC) (SLC)

ORDER

JOHN P. CRONAN, United States District Judge:

     By July 21, 2023, Third-Party Plaintiffs shall each submit a status letter with their views as to whether any default judgment proceedings should be adjourned pending the resolution of active litigation in this case so as to avoid the risk of inconsistent liability determinations.

     SO ORDERED.

Dated: July 13, 2023
      New York, New York

                               JOHN P. CRONAN
                        United States District Judge