UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant, Third-Party Plaintiff, Counter-Defendant,

-v-

247 MAINTENANCE LLC,

                Third-Party Plaintiff, Third-Party Defendant,

-v-

365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,

                Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,

-v-

ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,

                Third-Party Defendant.

CIVIL ACTION NO.: 22 Civ. 10225 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the order of the Honorable John P. Cronan (ECF No. 68), and on review of the letters filed by 247 Maintenance LLC (ECF No. 70) and National Railroad Passenger Corp. (ECF No. 71), the Court orders that default judgment proceedings against Alex Fuentes (ECF No. 66) and 365 Maintenance LLC (ECF No. 67) are ADJOURNED and HELD IN ABEYANCE pending resolution of the active litigation in this case so as to avoid the risk of inconsistent liability determinations.

Dated:	New York, New York
	July 24, 2023

					SO ORDERED.

					_____
					**SARAH L. CAVE**
					**United States Magistrate Judge**