UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>             Plaintiff,<br><br>-v-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>             Defendant, Third-Party Plaintiff, Counter-Defendant,<br><br>-v-<br><br>247 MAINTENANCE LLC,<br><br>             Third-Party Plaintiff, Third-Party Defendant,<br><br>-v-<br><br>365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,<br><br>             Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,<br><br>-v-<br><br>ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,<br><br>             Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 10225 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 6, 2023, the Court orders as follows:

1. The deadline to complete fact discovery is EXTENDED to **January 31, 2024**. By **February 7, 2024**, the parties shall file a joint letter on the docket certifying that fact discovery is complete.

2. The deadline to complete expert discovery is EXTENDED to **April 2, 2024**. By **April 9, 2024**, the parties shall file a joint letter on the docket certifying that expert discovery is complete.

3. A telephone conference is scheduled for **Tuesday, January 16, 2024, at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
November 6, 2023

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**