USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELIZABETH THOMAS,

                    Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

                    Defendant.

---

22-CV-10225 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, including the referral of this matter to Magistrate Judge Cave for general pretrial supervision. *See* Dkt. No. 16. All deadlines and dates issued by Magistrate Judge Cave likewise remain in effect, and applications related to those deadlines should continue to be directed to Magistrate Judge Cave. All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett. Parties are referred to Rule II(B)(9) of the Individual Rules governing the conduct of the case after the close of fact discovery.

Dated: March 1, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge