UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH THOMAS, | |
| Plaintiff, | |
| -v- | CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC) |
| NATIONAL RAILROAD PASSENGER CORP., | **ORDER** |
| Defendant, Third-Party Plaintiff, Counter-Defendant, | |
| -v- | |
| 247 MAINTENANCE LLC, | |
| Third-Party Plaintiff, Third-Party Defendant, | |
| -v- | |
| 365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE, | |
| Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff, | |
| -v- | |
| ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS, | |
| Third-Party Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, March 11, 2024, the Court orders as follows:

1. The deadline to complete fact discovery is EXTENDED to **April 17, 2024**. By **April 24, 2024**, the parties shall file a joint letter certifying that fact discovery is complete. The parties' joint letter shall also report on (i) whether and what expert discovery is needed, and (ii) the parties' position(s) as to whether and when it would be productive to schedule a settlement conference.

2. The deadline to complete expert discovery is EXTENDED to **June 17, 2024**. By **June 24, 2024**, the parties shall file a joint letter on the docket certifying that expert discovery is complete.

Dated:   New York, New York
         March 11, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2