UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant, Third-Party Plaintiff, Counter-Defendant,

-v-

247 MAINTENANCE LLC,

                Third-Party Plaintiff, Third-Party Defendant,

-v-

365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,

                Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,

-v-

ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,

                Third-Party Defendant.

CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 18, 2024, the Court granted a joint request to extend deadlines for fact discovery ongoing between Defendant/Third-Party Plaintiff Amtrak and Third-Party Defendants 247 Maintenance LLC and 365 Maintenance LLC. (ECF No. 87). Pursuant to the Court's Order, the parties were to file a joint letter certifying the close of fact discovery by May 24, 2024. (Id.). Although the parties filed a joint letter on that date, (see ECF No. 88), their submission indicates that Third-Party Defendant 247 Maintenance LLC recently served a demand for documents and wishes to conduct another deposition. (Id.). In light of the ongoing disputes and lack of clarity as to the status of fact discovery in this matter, a telephone conference is scheduled for **Monday, June 17, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated: New York, New York
May 28, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2