UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>                         Plaintiff,<br>-v-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>                         Defendant, Third-Party Plaintiff, Counter-Defendant,<br><br>    -v-<br><br>247 MAINTENANCE LLC,<br><br>                         Third-Party Plaintiff, Third-Party Defendant,<br><br>    -v-<br><br>365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,<br><br>                         Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,<br><br>    -v-<br><br>ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,<br><br>                         Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, June 17, 2024, the Court orders as follows:

1. The requests of third-Party Defendant 247 Maintenance LLC ("247") (i) for additional documents from Defendant National Railroad Passenger Corp. ("Amtrak") and (ii) to depose the "snow duty supervisor" (see ECF No. 88) are DENIED. 247 has not shown good cause for this additional discovery, which would at best be cumulative and is not likely to clarify any of the disputed issues of liability as between 247 and Amtrak.

2. The deadline to complete expert discovery is EXTENDED to **July 31, 2024**.

3. By **Monday, July 8, 2024**, the parties shall exchange all expert reports, or amended expert reports, and confer regarding Plaintiff's settlement demand.

4. By **Monday, July 15, 2024**, the parties shall file a joint letter advising the Court whether (i) expert discovery is complete or if any expert depositions must occur (and if so, how long the parties will require to conduct the depositions) and (ii) whether they would like to participate in a settlement conference before the undersigned or intend to proceed before the Honorable Margaret M. Garnett for dispositive motion practice or trial.

Dated:    New York, New York
          June 17, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**