UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                    Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORP.,

                    Defendant, Third-
                    Party Plaintiff,
                    Counter-Defendant,

-v-

247 MAINTENANCE LLC,

                    Third-Party Plaintiff,
                    Third-Party
                    Defendant,

-v-

365 MAINTENANCE LLC a/k/a/ 247
MAINTENANCE,

                    Third-Party
                    Defendant, Counter-
                    Claimant, Third-
                    Party Plaintiff,

-v-

ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,

Third-Party Defendant.

CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by July 15, 2024 a joint letter regarding the status of

expert discovery and advising the Court whether they would like to participate in a settlement

conference before the undersigned (ECF No. 91) but failed to do so.  As a one-time courtesy, the

Court <u>sua</u> <u>sponte</u> extends the parties' deadline to **July 17, 2024**.

Dated:          New York, New York
                July 16, 2024

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

2