UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

        Plaintiff,

   -v-

NATIONAL RAILROAD PASSENGER CORP.,

        Defendant, Third-Party Plaintiff, Counter-Defendant,

   -v-

247 MAINTENANCE LLC,

        Third-Party Plaintiff, Third-Party Defendant,

   -v-

365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,

        Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,

   -v-

ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,

        Third-Party Defendant.

CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' representation that they are willing to participate in a settlement conference before the undersigned (<u>see</u> ECF No. 93), a telephone conference is scheduled for **Monday, July 29, 2024 at 11:00 a.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.  At the conference, the parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference.

Dated:      New York, New York
            July 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2