USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,

                Plaintiff,

-against-

NATIONAL RAILROAD PASSENGER CORP.,

                Defendant.

22-CV-10225 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      It is hereby ORDERED that counsel for all parties must appear for a post-discovery conference on **Wednesday, October 9, 2024, at 11:00 a.m.** The conference will be held before Judge Garnett in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

      The parties are referred to Rule II(B)(9) of the Court's Individual Rules & Practices regarding the conduct of the case following the close of discovery, including summary judgment procedures. Any pre-motion or, alternatively, a joint letter pursuant to Rule II(B)(9) must be filed by **October 2, 2024**.

Dated: September 16, 2024
       New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge