UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH THOMAS,<br><br>                    Plaintiff,<br><br>-v-<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>                    Defendant, Third-Party Plaintiff, Counter-Defendant,<br><br>-v-<br><br>247 MAINTENANCE LLC,<br><br>                    Third-Party Plaintiff, Third-Party Defendant,<br><br>-v-<br><br>365 MAINTENANCE LLC a/k/a/ 247 MAINTENANCE,<br><br>                    Third-Party Defendant, Counter-Claimant, Third-Party Plaintiff,<br><br>-v-<br><br>ALEX FUENTES a/k/a and d/b/a LEO KHAMILIAS,<br><br>                    Third-Party Defendant. | CIVIL ACTION NO. 22 Civ. 10225 (MMG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the Opinion and Order on the Motions for Summary Judgment issued by the Honorable Margaret M. Garnett yesterday, September 29, 2025 (Dkt. No. 135), the remaining parties are ORDERED to meet and confer and file a letter by **Tuesday, October 14, 2025** advising the Court whether they would like to schedule a settlement conference on the remaining claims.

Dated:    New York, New York
          September 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**