# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

| | | |
|---|---|---|
| SOPHIA REE<br>MEMBER<br><br>TEL: (212) 238-4800<br>EMAIL: sree@lcbf.com | 120 BROADWAY<br>13TH FLOOR<br>NEW YORK, NEW YORK 10271<br>TELEPHONE (212) 238-4800<br>FACSIMILE (212) 238-4848<br>www.lcbf.com | One Gateway Center<br>4th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-2700<br><br>One Penn Center<br>1617 JFK Boulevard, Suite 955<br>Philadelphia, PA 19103<br>Tel: (215) 561-8540 |

October 14, 2025

**_VIA ECF_**

The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Elizabeth Thomas v. National Railroad Passenger Corporation et al.*
      Case No.: 22-cv-10225 (JPC-SLS)

Dear Magistrate Judge Cave:

  We represent Defendant/Third-Party Plaintiff National Railroad Passenger Corporation in the above referenced matter. We write with the consent of counsel for Third-Party Defendant 247 Maintenance LLC.

  Per the Court's Order dated September 30, 2025 (ECF Doc. No. 136), we write to advise the Court that the parties do not wish to schedule a settlement conference on the remaining claims. The parties have decided to participate in a private mediation with JAMS. Based on the mediator and the parties' availability, the mediation is scheduled for December 2, 2025.

  In light of the upcoming mediation, the parties respectfully request that any upcoming Court conferences and/or deadlines be scheduled for a date after December 2, 2025.

  We thank Your Honor for your time, courtesy, and consideration.

            Respectfully,

            /s/
            Sophia Ree

cc: Breanna Kromer, Esq.