# PEIRCE & SALVATO PLLC
**ATTORNEYS AT LAW**
**8 COTTAGE PLACE**
**WHITE PLAINS, NEW YORK 10601**
**(914) 946-8200**

| | | |
|---|---|---|
| ROBERT A. PEIRCE | | JASON R. SKLAR* |
| RICHARD A. SALVATO* | **CONNECTICUT OFFICE** | PALM CHANISARA |
| MARC A. ROUSSEAU* | 500 West Putnam Avenue, Suite 400 | EMILY M. LANTHIER* |
| MATTHEW D. PFALZER*** | Greenwich, Connecticut 06830 | DANIEL J. CERCONE |
| KELLY M. ZIC | | ALESSANDRA L. CORTINA |
| JEFFREY T. BEAUCHESNE | **OHIO OFFICE** | PHOEBE C. NELSON**** |
| JENNIFER M. LANNI** | 159 Crocker Park Boulevard, Suite 429 | ALEXANDRA J. BUXBAUM |
| DANIEL T. HUGHES* | Westlake, Ohio 44145 | SHIYUN CHEN |
| ROLAND T. KOKE | | ANGELIQUE A. PESCE |
| ANNE P. EDELMAN | **PENNSYLVANIA OFFICE** | BENJAMIN L. ZEPNICK |
| BREANNA C. KROMER**** | 1001 State Street, Suite 1400 | RONALD J. BRIEN* |
| ROBERT C. KEIDEL | Erie, Pennsylvania 16501 | KEVIN M. HUGHES* |
| SAMUEL N. DODOO*** | | BREA A. LEWITAS |
| BRENDAN C. DAUSCHER* | | * Admitted in Connecticut |
| NICHOLAS M. BEHR | **MAIL TO WHITE PLAINS ADDRESS ONLY** | ** Admitted in New Jersey |
| KARIN ARROSPIDE | | *** Admitted in Ohio |
| | | **** Admitted in Pennsylvania |

November 6, 2025

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Peal Street
New York, New York 10007

   Re: Elizabeth Thomas v. National Railroad Passenger Corporation et al.
      Case No.: 22-cv-10225

Dear Magistrate Judge Cave:

 My office represents 247 Maintenance LLC in the above referenced matter. We write to inform the Court that due to a conflict that recently arose, the private mediation with JAMS previously scheduled for December 2, 2025 has been adjourned on consent of all parties to January 6, 2026.

 As such, we respectfully request that the deadline for the parties to submit a letter on the status of the mediation be adjourned to a date shortly after January 6, 2026.

 We thank Your Honor for your consideration and attention to this matter.

       Very truly yours,

       Breanna C. Kromer
       Breanna.c.kromer@peircesalvato.com

cc: Sophia Ree, Esq.